UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:                                          Case No.: 08-35124
TODD JOSEPH MULLANEY                            Chapter 7
JENNIFER GAIL MULLANEY                          Hon.  Daniel S. Opperman

                          Debtor(s).
_____/

# AMENDED
# NOTICE OF DIVIDENDS
# LESS THAN $5.00

TO THE CLERK OF THE COURT:

The attached checks totaling $8.33 represent the total sum of dividends less than $5.00 in this Estate, and are paid to the U.S. Bankruptcy Court. The name and address of the parties entitled to these dividends are as follows:

| Creditor Name/Address | Claim No.: | Amount of Dividend |
|---|---|---|
| Recovery Management Systems Corporation<br>For Capital Recovery II LLC<br>As Assignee of HSBC RETAIL<br>#XXX3143<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 2 | $2.58 |
| Chase Bank USA NA<br>#XXX2732<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | 7 | $3.14 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>#XXX9662<br>dba SAM'S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 16 | $2.50 |
| Recovery Management Systems Corporation<br>#XXX2423<br>For GE Money Bank<br>dba MEIJER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 17 | $0.11 |
| **TOTAL** | | **$ 8.33** |

Dated:  1/21/10

/s/ Collene K. Corcoran, Trustee
Collene K. Corcoran, Trustee
PO Box 535
Oxford, MI  48371
(248) 969-9300
ccorcoran@epiqtrustee.com